# ATTACHMENT A

**AKERMAN RENTALS LLC**

702-291-8112

akermanrentals@gmail.com

**101 Convention Center Dr,
Ste. 1003, Las Vegas, NV, 89109**



5/18/2021
Elan Akerman

AKERMAN RENTALS LLC
Re: Current Tenant Ronald Brust
1345 Hawaiian Hills Avenue

To whom it may concern

This reference letter is to confirm that **Ronald Brust** has been a tenant since **June 1 2013 at** the rental property, located at 1345 Hawaiian Hills Ave, Las Vegas, NV 89183.

His last rent payment was **$1050**, which was paid on time on **May 1st. 2021.** During his tenancy, he has been responsible and timely in his rent payments, which were due monthly.

There have been no complaints from neighbors, and the tenant has kept the property and its surrounding area clean and tidy. We will refund their rental deposit within 30 days of their moving-out date.

I can confirm that the tenant is respectful, friendly and helpful. The tenant made no unreasonable demands or complaints during their tenancy.

You are welcome to contact me on 702-291-8112 and I will happily answer any other questions you may have.

Yours sincerely,

Elan Akerman
AKERMAN RENTALS LLC